**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Daniel D. Domenico**

Civil Action No. 26-cv-02393-DDD

MICHEL ALEXANDER CORDOVA,

      Petitioner,

v.

WARDEN, DENVER CONTRACT DETENTION FACILITY – GEORGE VALDEZ,
TODD LYONS,
MARKWAYNE MULLIN, and
TODD B.,

      Respondents.

---

## MINUTE ORDER

---

This matter is before the Court upon its own motion.

Petitioner seeks habeas corpus relief under 28 U.S.C. § 2241 in the form of release from immigration custody or a prompt bond hearing. Doc. 1.

On June 11, 2026, United States Magistrate Judge Maritza Dominguez Braswell issued an Order to Show Cause and File Election Concerning Consent. Doc. 6. The June 11 Order directed Respondents to show cause within thirty (30) days why the application for a writ of habeas corpus should not be granted. However, Respondents have not filed a Response to the Order to Show Cause to date.

Accordingly, Respondents are directed to file a Response to Order to Show Cause within **three days** of the date of this Minute Order. Petitioner may file a reply to the Response within fourteen days after the Response is filed.

DATED: July 31, 2026